

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2014

No. 04-14-00013-CV

**IN THE INT OF AJL, ARL, AAR, AND BNG,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02031
Honorable Richard Garcia, Judge Presiding

# O R D E R

The Appellant's Motion to Substitute Counsel and Motion to Strike Anders Brief are GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court